**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:06cv447**

| | |
|---|---|
| BONNIE KENNEDY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN E. POTTER, in his official )<br>capacity as Postmaster General,)<br>United States Postal Service, )<br>)<br>Defendant. )<br>_____) | <u>**J U D G M E N T**</u> |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and **JUDGMENT** is hereby entered in favor of the Defendant and against the Plaintiff.

Signed: December 3, 2008

Martin Reidinger
United States District Judge